| UNITED STATES BANKRUPTCY COURT **NEVADA** | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Dynasty Development Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba Paradise Bay Hotel & Casino** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **54-2100680** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **3611 S. LINDELL ROAD, #201 LAS VEGAS, Nevada** <br> ZIP CODE **89103** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: **CLARK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **See Attachment 1** | ZIP CODE **39520** |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **Casino management**

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Dynasty Development Group, LLC** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: **Southern District of Mississippi** | Case Number: **11-50997-NPO** | Date Filed: **April 29, 2011** |
|---|---|---|
| Location<br>Where Filed: **Las Vegas, Nevada** | Case Number: **BK-S-12-16334-LED** | Date Filed: **May 29, 2012** |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Dynasty Development Group, LLC** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/davidastephens** <br> Signature of Attorney for Debtor(s) <br> **David A. Stephens** <br> Printed Name of Attorney for Debtor(s) <br> **Stephens Gourley & Bywater** <br> Firm Name <br><br> **3636 N. Rancho Drive** <br> **Las Vegas, Nevada 89130** <br> Address <br> **(702) 656-2355** <br> Telephone Number <br> **March 20, 2014** <br> Date <br><br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **/s/Eric L. Nelson** <br> Signature of Authorized Individual <br> **Eric L. Nelson** <br> Printed Name of Authorized Individual <br> **Manager** <br> Title of Authorized Individual <br> **March 20, 2014** <br> Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Attachment

**Attachment 1**

**Real Estate is located in Hancock County, Mississippi;  all other significant assets are located at the Debtor's Street Address in Las Vegas, Nevada, Bay St. Louis, Mississippi**

# UNITED STATES BANKRUPTCY COURT

## NEVADA

In re

__Dynasty Development Group, LLC_____,

*Debtor*

Case No. _____

Chapter __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,350,000.00 | | |
| B - Personal Property | YES | 4 | $ 2,318,777.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 373,596.70 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 23 | $ 3,668,777.00 | $ 373,596.70 | |

In re **Dynasty Development Group, LLC,**

_____
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 120 acres of vacant land in Hancock County, Mississippi | Fee Simple Ownership | | $1,350,000.00 | The potential secured claim amount is unknown and disputed |
| | | Total ► | $1,350,000.00 | |

(Report also on Summary of Schedules.)

In re  **Dynasty Development Group, LLC,** _____        Case No. _____
                                    **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking Account (DIP) | | $5,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In re **Dynasty Development Group, LLC,** _____     Case No. _____
                              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Capital Account with Silver Slipper Casino Venture, LLC (this Capital Account is the subject of a appeal in the 9th Circuit regarding the California Federal Court's forced sale of debtor's 43% interest in the Silver Slipper Casino Venture, LLC) | | Unknown |
| | | 43% interest in Slipper Casino Venture, LLC (this interest is the subject of a appeal in the 9th Circuit regarding the California Federal Court's forced sale of debtor's 43% interest in the Silver Slipper Casino Venture, LLC) | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Disputed Claims against Silver Slipper Gaming, LLC for management fees | | $235,377.00 |
| | | Claims for forfeiture of escrow account created under Silver Slipper Casino Venture, LLC buyout clause (these claims are the subject of a appeal in the 9th Circuit regarding the California US District Court's forced sale of debtor's 43% interest in the Silver Slipper Casino Venture, LLC) | | $78,400.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re **Dynasty Development Group, LLC,** _____     Case No. _____
                                    **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Other disputed claims against Silver Slipper Casino Venture, LLC and certain members of said LLC related to the Buy/Sell Agreement related to improper managerial actions, breach of fiduciary duties, undisclosed conflicts of interests etc. (these counterclaims are the subject of a appeal in the 9th Circuit regarding the California US District Court's forced sale of debtor's 43% interest in the Silver Slipper Casino Vebture, LLC) | | $2,000,000.00 |
| | | Governance Powers as a director and member of Silver Slipper Casino Veture, LLC (these powers are the subject of a appeal in the 9th Circuit regarding the California Federal Court's forced sale of  Debtor's 43% interest in the Silver Slipper Casino Venture, LLC) | | Unknown |
| | | Certain rights to real property subject to Marine Restoration in Mississippi | | Unknown |

In re **Dynasty Development Group, LLC,**                                    **Case No.** _____
                      **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

<u>3</u> continuation sheets attached      Total ▶ | $2,318,777.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

**In re  Dynasty Development Group, LLC,**                                    Case No. _____
                            **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                               $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re __Dynasty Development Group, LLC_____ ,　　Case No. _____
　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐　　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DDJ Total Return Fund, LP**<br>**141 Linden Street, #S-4**<br>**Wellesley, MA 02482** | | | unknown<br>**Unknown**<br><br>**120 acres of vacant land in Hancock County, Mississippi**<br><br>VALUE $ **1,350,000.00** | X | X | X | **$0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**\*\*\*Creditor secured mailing state RMC\*\*\*** | | | **\*\*\*Creditor secured nature of lien RMC\*\*\***<br><br>VALUE $　　　**$0.00** | | | | **$0.00** | |
| | | | | | | | | |
| | | | | | | | | |

| ___0___ continuation sheets attached | Subtotal ▶<br>(Total of this page) | $　　　　**0.00** | $　　　　**0.00** |
|---|---|---|---|
| | Total ▶<br>(Use only on last page) | $　　　　**0.00** | $　　　　**0.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**In re** <u>Dynasty Development Group, LLC</u> ,  Case No._____
Debtor                                               *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**X**  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___0___ continuation sheets attached

In re **Dynasty Development Group, LLC** _____ , Case No. _____
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER _See instructions above._ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** None<br><br>**Aleda Nelson<br>811 Shetland Road<br>Las Vegas, NV 89107** | | | **Loan and services** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none<br><br>**Allen Gilbert<br>10250 Constellation Blvd. 19th Floor<br>Los Angeles, CA 90067** | | | **possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none<br><br>**Banone LLC<br>3611 S. Lindell Road, #201<br>Las Vegas, NV 89103** | | | **Loans to Debtor** | | | | **$373,596.70** |
| **ACCOUNT NO.** none<br><br>**Bingham McCutchen, LLP<br>The Water Garden, 4th Floor North Tower<br>Santa Monica, CA 90404** | | | **Legal Services** | X | | X | **Unknown** |
| | | | | | | | |

Subtotal► $ **373,596.70**

_12_ continuation sheets attached

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**In re** Dynasty Development Group, LLC                    ,          Case No. _____

                            **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    none<br><br>**Brigette Louise Alanis Trust utd 1/1/1994 150 S. Los Robles Avenue, #665 Pasadena , CA 91101** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**    none<br><br>**Cal Nelson 3335 Sisk Road Las Vegas, NV 89108** | | | **General Services** | X | X | X | **Unknown** |
| **ACCOUNT NO.**    none<br><br>**Charles and Adele Thurnher Living Trust c/o Libra Securities 11766 Wilshire Blvd., #870 Los Angeles, CA 90025** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**    none<br><br>**Cliff McCarlie 476 Madison Oaks Drive Madison, MS 39110** | | | **General Services** | X | X | X | **Unknown** |

Sheet no.  **1**  of  **12**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $           **0.00**

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** Dynasty Development Group, LLC _____ ,        Case No. _____
                                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** none <br><br> **Cure Land Company 5200 Shipyard Road Lakeshore, MS 39588** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **DDJ Capital Management LLC 141 Linden Street. #S-4 Wellesley, MA 02482** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **DDJ Distressed and Special Situations 141 Linden Street, #S-4 Wellesley, MA 02482** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **Eben Perison 1316 First Street Manhattan Beach, CA 90266** | | | **Possible claim** | X | X | X | **Unknown** |

Sheet no. **2** of **12** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Dynasty Development Group, LLC**                    ,          Case No. _____
                            **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**    none <br><br> **Eric L. Nelson** <br> **3611 S. Lindell Road, #201** <br> **Las Vegas, NV 89103** | | | **Offset and indemnity** | X | X | | **Unknown** |
| **ACCOUNT NO.**    none <br><br> **Eric L. Nelson Nevada Trust** <br> **utd 5/30/2001** <br> **3611 S. Lindell Road, #201** <br> **Las Vegas, NV 89103** | | | **investment claims, offset and  indemnity** | X | X | | **Unknown** |
| **ACCOUNT NO.**    none <br><br> **Eugene McCarlie** <br> **7396 Liceoak Way** <br> **Pass Christian, MS 39571** | | | **General Services** | X | X | X | **Unknown** |
| **ACCOUNT NO.**    none <br><br> **Frank D. Soris Family Living Trust** <br> **3022 W. Emile Zola** <br> **Phoenix, AZ 85032** | | | **May have a claim against some of the real estate** | X | X | X | **Unknown** |

Sheet no.___**3**___of___**12**___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $                 **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Dynasty Development Group, LLC**                    ,          Case No. _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    none<br><br>Frank Soris<br>3022 E. Emile Zola<br>Phoenix, AZ 85032 | | | May have a claim against some of the real estate | X | X | X | Unknown |
| ACCOUNT NO.    none<br><br>Grotta Finanical Partnership<br>811 Shetland Road<br>Las Vegas, NV 89107 | | | Investment claim | X | X | X | Unknown |
| ACCOUNT NO.    none<br><br>Grotta Group Partnership<br>811 Shetland Road<br>Las Vegas, NV 89107 | | | Investment claim | X | X | X | Unknown |
| ACCOUNT NO.    none<br><br>Grotta Group, LLC<br>811 Shetland Road<br>Las Vegas, NV 89107 | | | investment claim | X | X | X | Unknown |

Sheet no. **4** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $              0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC**                    ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** none <br><br> **Hal G. Byer** <br>**355 Golden Grove Court** <br>**Simi Valley, CA 93065** | | | **possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **Harold W. Duke, Esq.** <br>**PO Box 843** <br>**Greenville, MS 38702** | | | **Attorney's fees** | | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **James Loss** <br>**600 Anton Blvd. 18th Floor** <br>**Costa Mesa, CA 92626** | | | **possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Jess Ravich** <br>**201 Alma Real Drive** <br>**Pacific Palisades, CA 90272** | | | **Possible claim** | X | X | X | **Unknown** |

Sheet no. __5__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC**                    ,          Case No. _____
                           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**John Paul Alanis Trust utd 1/1/1994**<br>**150 S. Los Robles Ave., #665**<br>**Pasadena, CA 91101** | | | possible claim | X | X | X | **Unknown** |
| **ACCOUNT NO.**        noen<br><br>**Justin Robert Alanis Trust utd 1/1/1994**<br>**150 S. Los Robles Ave., #665**<br>**Pasadena, CA 91101** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**        none<br><br>**Lana R. Martin**<br>**2012 Slow Wind Street**<br>**Las Vegas, NV 89134** | | | **Loan** | | X | X | **Unknown** |
| **ACCOUNT NO.**        none<br><br>**Libra Securities**<br>**11766 Wilshire Blvd., #870**<br>**Los Angeles, CA 90025** | | | possible claim | X | X | X | **Unknown** |

Sheet no. **6** of **12** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ | **0.00**

Total▶  | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** Dynasty Development Group, LLC _____ ,      Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** none <br><br> **Loren Ostrow** <br>**150 S. Los Robles Ave., #665** <br>**Pasadena, CA 91101** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **Loren S. Ostrow Living Trust** <br>**150 S. Los Robles Ave., #665** <br>**Pasadena, CA 91101** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **LSN Nevada Trust** <br>**3316 Chesterbrook Court** <br>**Las Vegas, NV 89135** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **Lynita Nelson** <br>**3316 Chesterbrook Court** <br>**Las Vegas, NV 89135** | | | **Possible claim** | | X | X | **Unknown** |

Sheet no. __7__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                  **0.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC**                ,                    Case No. _____
                          **Debtor**                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  none  **Mary Lehman, Esq.** **941 Orange Ave., #531** **Coronado, CA 92118** | | | **Attorney's fees** | | X | X | **Unknown** |
| **ACCOUNT NO.**  none  **Michael Branch** **655 W. Broadway, #1400** **San Diego, CA 92101** | | | **Possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**  none  **Michelle Rebecca Alanis** **Trust utd 1/1/1994** **150 S. Los Robles Ave., #665** **Pasadena, CA 91101** | | | **possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**  none  **Mike Cure** **5200 Shipyard** **Lakeshore, MS 39558** | | | **possible claim** | X | X | X | **Unknown** |

Sheet no.__**8**__ of __**12**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $            **0.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC**                    ,        Case No. _____
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   none <br><br> **Nola Harbor** <br>**2840 S. Pioneer** <br>**Las Vegas, NV 89117** | | | **possible investment claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**   none <br><br> **Ostrow Family Investments, LLC** <br>**150 S. Los Robles Ave., #665** <br>**Pasadena, CA 91101** | | | **possible claim** | X | X | X | **Unknown** |
| **ACCOUNT NO.**   none <br><br> **Paul Nelson** <br>**9123 Silverlake Drive** <br>**Pleasant Grove, UT 84062** | | | **General Services** | X | X | X | **Unknown** |
| **ACCOUNT NO.**   none <br><br> **Paul R. Alanis** <br>**150 Los Robles Ave., #665** <br>**Pasadena, CA 91101** | | | **possible claim** | X | X | X | **Unknown** |

Sheet no. **9** of **12** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                    **0.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**In re** Dynasty Development Group, LLC_____ ,          Case No. _____
                                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** none **Phoenix Leisure, Inc. c/o Gene McCarlie 7396 Live Oak Way Pass Christian, MS 39571** | | | possible claim | X | X | X | Unknown |
| **ACCOUNT NO.** none **Phoenix Mississippi, Inc. c/o Gene McCarlie 7396 Live Oak Way Pass Christian, MS 39571** | | | possibl claim | X | X | X | Unknown |
| **ACCOUNT NO.** none **Ravich Children Permanent Trust 201 Alma Real Drive Pacific Palisades, CA 90272** | | | possible claim | X | X | X | Unknown |
| **ACCOUNT NO.** none **Ravich Revocable Trust of 1989 201 Alma Real Drive Pacific Palisades, CA 90272** | | | possible claim | X | X | X | Unknown |

Sheet no. **10** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $          0.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Dynasty Development Group, LLC**          ,     Case No. _____
                                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      none <br><br> Robert A. Martin <br> 2012 Slow Wind Street <br> Las Vegas, NV 89134 | | | loan | X | X | X | Unknown |
| ACCOUNT NO.      none <br><br> Robert H. Lustberg <br> 355 S. Grand Avenue <br> Los Angeles, CA 90071 | | | possible claim | X | X | X | Unknown |
| ACCOUNT NO.      none <br><br> Silver Slipper Gaming, LLC <br> 150 S. Los Robles Ave., #665 <br> Pasadena, CA 91101 | | | possible claim | X | X | X | Unknown |
| ACCOUNT NO.      none <br><br> Suzanna Nordberg <br> 150 S. Los Robles Ave., #665 <br> Pasadena, CA 91101 | | | possible claim | X | X | X | Unknown |

Sheet no. __11__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC**                    ,          Case No. _____

                **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** none <br><br> **Watkins Ludlam Winter & Stennis PA** <br> **190 E. Capital Street, Site 800** <br> **Jackson, MS 39201** | | | **Legal Services** | | X | X | **Unknown** |
| **ACCOUNT NO.** none <br><br> **William Armstrong PA** <br> **Riverhill Tower, #308** <br> **1675 Lakeland Drive** <br> **Jackson, MS 39216** | | | **Accounting Services** | | X | X | **Unknown** |
| | | | | | | | |
| | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $          **0.00**

Total▶    $      **373,596.70**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Dynasty Development Group, LLC,**                    Case No. _____
                                    **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

In re **Dynasty Development Group, LLC,**                                   Case No. _____
                              **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In re **Dynasty Development Group, LLC** _____ , Case No. _____
                         **Debtor**                                                        **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                                             **Debtor**

Date _____      Signature: _____
                                                                 **(Joint Debtor, if any)**

                                               [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
  Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
----------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ **Eric L. Nelson** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Dynasty Development Group, LLC** ___ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**25**__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 20, 2014** _____

                                  Signature: **/s/Eric L. Nelson**_____

                                              **Eric L. Nelson**_____
                                              [Print or type name of individual signing on behalf of debtor.]
                                              **Manager**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## NEVADA

In re    Dynasty Development Group, LLC,

                          Debtor

Case No. _____

Chapter           11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Banone LLC Account Number: none 3611 S. Lindell Road, #201 Las Vegas, Nevada 89103 | Eric L. Nelson 3611 S. Lindell Road, #201 Las Vegas, Nevada 89103 | Loans | | $373,596.70 |
| Account Number: ***Creditor priority account number RTE*** | | ***Creditor priority type of unsecured claim RMC*** | | $0.00 |
| Aleda Nelson Account Number: None 811 Shetland Road Las Vegas, Nevada 89107 | | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Allen Gilbert Account Number: none 10250 Constellation Blvd. 19th Floor Los Angeles, California 90067 | | None | This claim is contingent, unliquidated, and disputed. | Unknown |

| | | | |
|---|---|---|---|
| Bingham McCutchen, LLP<br>Account Number: none<br>The Water Garden, 4th Floor<br>North Tower<br>Santa Monica, California 90404 | None | This claim is contingent and disputed. | Unknown |
| Brigette Louise Alanis Trust utd 1/1/1994<br>Account Number: none<br>150 S. Los Robles Avenue, #665<br>Pasadena , California 91101 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Cal Nelson<br>Account Number: none<br>3335 Sisk Road<br>Las Vegas, Nevada 89108 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Charles and Adele Thurnher Living Trust<br>Account Number: none<br>c/o Libra Securities<br>11766 Wilshire Blvd., #870<br>Los Angeles, California 90025 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Cliff McCarlie<br>Account Number: none<br>476 Madison Oaks Drive<br>Madison, Mississippi 39110 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Cure Land Company<br>Account Number: none<br>5200 Shipyard Road<br>Lakeshore, Mississippi 39588 | None | This claim is contingent, unliquidated, and disputed. | Unknown |

| | | | |
|---|---|---|---|
| DDJ Capital Management LLC Account Number: none 141 Linden Street. #S-4 Wellesley, Massachusetts 02482 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| DDJ Distressed and Special Situations Account Number: none 141 Linden Street, #S-4 Wellesley, Massachusetts 02482 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Eben Perison Account Number: none 1316 First Street Manhattan Beach, California 90266 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Eric L. Nelson Nevada Trust utd 5/30/2001 Account Number: none 3611 S. Lindell Road, #201 Las Vegas, Nevada 89103 | None | This claim is contingent and unliquidated. | Unknown |
| Eric L. Nelson Account Number: none 3611 S. Lindell Road, #201 Las Vegas, Nevada 89103 | None | This claim is contingent and unliquidated. | Unknown |
| Eugene McCarlie Account Number: none 7396 Liceoak Way Pass Christian, Mississippi 39571 | None | This claim is contingent, unliquidated, and disputed. | Unknown |

| | | | |
|---|---|---|---|
| Frank D. Soris Family Living Trust<br>Account Number:<br>none<br>3022 W. Emile Zola<br>Phoenix, Arizona 85032 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Frank Soris<br>Account Number:<br>none<br>3022 E. Emile Zola<br>Phoenix, Arizona 85032 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Grotta Finanicial Partnership<br>Account Number:<br>none<br>811 Shetland Road<br>Las Vegas, Nevada 89107 | None | This claim is contingent, unliquidated, and disputed. | Unknown |
| Grotta Group Partnership<br>Account Number:<br>none<br>811 Shetland Road<br>Las Vegas, Nevada 89107 | None | This claim is contingent, unliquidated, and disputed. | Unknown |

Date: March 20, 2014

/s/Eric L. Nelson

Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Eric Nelson, an authorized agent of Dynasty Development Group, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: March 20, 2014

/s/Eric L. Nelson

Eric Nelson, Authorized Agent

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, Eric L. Nelson, Manager named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.


Date:   March 20, 2014                /s/Eric L. Nelson
                                               Eric L. Nelson, Manager

# UNITED STATES BANKRUPTCY COURT

## NEVADA

In re: Dynasty Development Group, LLC       Case No _____
               Debtor                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| Debtor: | | |
| Current Year (2014): | $0.01 | revenues |
| Previous Year 1 (2013): | $1.00 | revenues |
| Previous Year 2 (2012): | $70,000.00 | Management fees from Silver Slipper Casino |
| Joint Debtor: | N/A | |

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of

☒ goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: | | | |
| Paul R. Alanis, Jess Ravich, et al. v. Dynasty Development Group, LLC Case Number: CV11-02583-JEM | breach of contract complaint | US District Court, Central District of California Los Angeles, California | appeal decided, pending remittitur to lower court |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☒    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor:<br>Stephens Gourley & Bywater<br>3636 N. Rancho Drive<br>Las Vegas, Nevada 89130 | 3/19/2014 | $5,000.00<br>Bankruptcy retainer |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME             NAME AND ADDRESS     DATE OF          ENVIRONMENTAL
AND ADDRESS         OF GOVERNMENTAL UNIT  NOTICE          LAW

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME             NAME AND ADDRESS     DATE OF          ENVIRONMENTAL
AND ADDRESS         OF GOVERNMENTAL UNIT  NOTICE          LAW

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: Silver Slipper Casino Venture, LLC | 1967 / 20-1621967 | 5000 S. Beach Boulevard Bay Saint Louis, Mississippi 39520 | Gaming operations | Beginning Date: 5/1/2004 Ending Date: unknown |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in*

*business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

Debtor:
Rochelle McGowan                                        up through today
3611 S. Lindell, #200
Las Vegas, Nevada 89130

None ☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

None ☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

Debtor:
N/A

None ☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

Debtor:
N/A

**20. Inventories**

None ☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

Debtor:
N/A

None ☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NAME AND ADDRESSES
OF CUSTODIAN
DATE OF INVENTORY          OF INVENTORY RECORDS

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

N/A

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Eric L. Nelson 3611 S. Lindell Road, #201 Las Vegas, Nevada 89103 | Manager | none 0 |

---

**22. Former partners, officers, directors and shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

N/A

None
☒

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

N/A

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL          AND VALUE OF PROPERTY

AMOUNT OF MONEY

N/A

---

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

---

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 20, 2014                    Signature  /s/Eric L. Nelson

                                        Print Name
                                        and Title   ericlnelson, Manager

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## NEVADA

**In re**

    **Dynasty Development Group, LLC**

Case No. _____

**Debtor**

Chapter **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **5,000.00**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **5,000.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00**_____

2. The source of the compensation paid to me was:

   [X] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor      [X] Other (specify) **Eric L. Nelson**

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

**$250.00 per hour plus costs incurred**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

**March 20, 2014**
*Date*

**/s/davidastephens**

**David A. Stephens**
*Signature of Attorney*

**Stephens Gourley & Bywater**
*Name of law firm*

# UNITED STATES BANKRUPTCY COURT
## Nevada

In re: **Dynasty Development Group, LLC**

Case No. _____

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:    $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    $ _____

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)    $ _____
    4. Payroll Taxes    **N/A** _____
    5. Unemployment Taxes    _____
    6. Worker's Compensation    _____
    7. Other Taxes    _____
    8. Inventory Purchases (Including raw materials)    _____
    9. Purchase of Feed/Fertilizer/Seed/Spray    _____
    10. Rent (Other than debtor's principal residence)    _____
    11. Utilities    _____
    12. Office Expenses and Supplies    _____
    13. Repairs and Maintenance    _____
    14. Vehicle Expenses    _____
    15. Travel and Entertainment    _____
    16. Equipment Rental and Leases    _____
    17. Legal/Accounting/Other Professional Fees    _____
    18. Insurance    _____
    19. Employee Benefits (e.g., pension, medical, etc.)    _____
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
             Pre-Petition Business Debts (Specify):

            _____

    21. Other (Specify):

            _____

    22. Total Monthly Expenses (Add items 3 - 21)    $ **0.00** _____

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ **0.00** _____

**UNITED STATES BANKRUPTCY COURT**
**NEVADA**

In Re:

  Dynasty Development Group, LLC,
  Debtor

  Case No.

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Eric L. Nelson Nevada Trust 3611 S. Lindell Road, #201 Las Vegas, Nebraska 89103 | None | 100% | units of ownership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, Eric Nelson, Nelson of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:  March 20, 2014          Signature:  /s/Eric L. Nelson
                               Printed Name:  Eric Nelson
                               Title:  Nelson

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

## UNITED STATES BANKRUPTCY COURT
## Nevada

In re:

Case No. BKY

Dynasty Development Group, LLC,

Debtor(s)

Chapter 11 Case


## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, Eric L. Nelson, declare under penalty of perjury that I am the Manager of Dynasty Development Group, LLC, a Nevada corporation and that on February 1, 2014 the following resolution was duly adopted by the Manager of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Eric L. Nelson, Manager of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Eric L. Nelson, Manager of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Eric L. Nelson, Manager of this corporation, is authorized and directed to employ David A. Stephens, attorney and the law firm of Stephens Gourley & Bywater to represent the corporation in such bankruptcy case."


| Executed on: March 20, 2014 | Signed: /s/Eric L. Nelson |
|---|---|
| | Eric L. Nelson 3611 S. Lindell, #210, Las Vegas, NV  89103 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Nevada

In re **Dynasty Development Group, LLC**                     Case No.

       Debtor.                                              Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  <u>**Dynasty Development Group, LLC**</u>(the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

  **X**   There are no entities to report.

By:<u>**/s/davidastephens**</u>
    **David A. Stephens**
    Signature of Attorney

    Counsel for **Dynasty Development Group, LLC**
    Bar no.: **Nevada Bar No. 00902**
    Address.: **3636 N. Rancho Drive**
           **Las Vegas, Nevada 89130**

    Telephone No.: **(702) 656-2355**
    Fax No.: **(702) 656-2776**
    E-mail address: **dstephens@sgblawfirm.com**

## WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

Date __**March 20, 2014**_____     __**/s/Eric L. Nelson**_____

**Dynasty Development Group, LLC**
Debtor

_____

Joint Debtor

**/s/davidastephens**_____

**David A. Stephens**
Attorney for Debtor(s)

In re:   **Dynasty Development Group, LLC**

_____

**Debtors**

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **March 20, 2014** _____

Signed:   **/s/Eric L. Nelson** _____

Dated:   _____

Signed:   _____

See Attachment  **/s/davidstephens**
        **David A. Stephens**
        **Attorney for Debtor(s)**
        **Bar no.: Nevada Bar No. 00902**
        **3636 N. Rancho Drive**
        **Las Vegas, Nevada 89130**
        **Telephone No: (702) 656-2355**
        **Fax No: (702) 656-2776**

        **E-mail address:**
        **dstephens@sgblawfirm.com**

Dynasty Development Group, LLC
3611 S. LINDELL ROAD, #201
LAS VEGAS, NV 89103


David A. Stephens
3636 N. Rancho Drive
Las Vegas, NV 89130


United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101


Aleda Nelson
811 Shetland Road
Las Vegas, NV 89107


Allen Gilbert
10250 Constellation Blvd. 19th Floor
Los Angeles, CA 90067


Allen Godfrey, MS Gaming Commission
620 North Street, Site 200
Jackson, MS 39225


Banone LLC
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Bingham McCutchen, LLP
The Water Garden, 4th Floor
North Tower
Santa Monica, CA 90404


Brigette Louise Alanis Trust utd 1/1/199
150 S. Los Robles Avenue, #665
Pasadena, CA 91101

Cal Nelson
3335 Sisk Road
Las Vegas, NV 89108


CanPartners Investments IV, c/o Sidney A
555 West 5th Street
Los Angeles, CA 90013


Carl W. McKinzie, c/o Bingham McCutchen
555 S. Grand Avenue
Los Angeles, CA 90017


Carlene Gutierrez
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Charles and Adele Thurnher Living Trust
c/o Libra Securities
11766 Wilshire Blvd., #870
Los Angeles, CA 90025


Clark County Assessor, c/o Bankruptcy Cl
500 S. Grand Central Pkwy., Box 551220
Las Vegas, NV 89155-1220


Cliff McCarlie
476 Madison Oaks Drive
Madison, MS 39110


Cure Land Company
5200 Shipyard Road
Lakeshore, MS 39588


David C. Wang
5461 Rockledge Drive
Buena Park, CA 90621

```
DDJ Capital Management LLC
141 Linden Street. #S-4
Wellesley, MA 02482


DDJ Distressed and Special Situations
141 Linden Street, #S-4
Wellesley, MA 02482


DDJ Total Return Fund, LP
141 Linden Street, #S-4
Wellesley, MA 02482


DDJ-GMAM Group  Pension Trust III
141 Linden Street, #S-4
Wellesley, MA 02482


Dominick Cvitanovich
PO Box 6924
Diberville, MS 39540


Dynasty Inc., c/o Gene McCarlie
7396 Live Oak Way
Pass Christian, MS 39571


Dynasty, Inc., c/o Harold Duke, Esq.
PO Box 843
Greenville, MS 38702


Eben Perison
1316 First Street
Manhattan Beach, CA 90266


Employment Secuirty Division
500 East Third Street
Carson City, NV 89713
```

Eric L. Nelson
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Eric L. Nelson Nevada Trust
3611 S. Lindell Road, #201
Las Vegas, NE 89103


Eric L. Nelson Nevada Trust utd 5/30/200
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Eugene McCarlie
7396 Liceoak Way
Pass Christian, MS 39571


Frank D. Soris Family Living Trust
3022 W. Emile Zola
Phoenix, AZ 85032


Frank Soris
3022 E. Emile Zola
Phoenix, AZ 85032


Full House
4670 S. Fort Apache Road, #190
Las Vegas, NV 89147


Gregory Bosquette
24 Central Park South, #15E
New York, NY 10019


Grotta Finanicial Partnership
811 Shetland Road
Las Vegas, NV 89107

```
Grotta Group Partnership
811 Shetland Road
Las Vegas, NV 89107


Grotta Group, LLC
811 Shetland Road
Las Vegas, NV 89107


H.A.S. Holding
355 Golden Grove Court
Simi Valley, CA 93065


Hal G. Byer
355 Golden Grove Court
Simi Valley, CA 93065


Harold W. Duke, Esq.
PO Box 843
Greenville, MS 38702


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James A and Phyliss Maness
1733 Arlington Road
College Station, TX 77840


James A. Hamilton
3417 Hermosa Ave.
Hermosa Beach, CA 90254


James L. DuRocher
1712 Chelsea Road
Palos Verdes Peninsula, CA 90274
```

James Loss
600 Anton Blvd. 18th Floor
Costa Mesa, CA 92626


Jerry Peterson
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Jess Ravich
201 Alma Real Drive
Pacific Palisades, CA 90272


Joan Ramos
3611 S. Lindell Road, #201
Las Vegas, NV 89103


John F. Ferucci, Silver Slipper Administ
PO Box 3270
Bay Saint Louis, MS 39521


John Hancock High Yield Fund
101 Huntington Ave.
Boston, MA 02199


John Paul Alanis Trust utd 1/1/1994
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Justin Robert Alanis Trust utd 1/1/1994
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Keith Little
3611 S. Lindell Road, #201
Las Vegas, NV 89103

KOAR Investments aka KOAR International
150 Los Robles Ave., #665
Pasadena, CA 91101


Lana R. Martin
2012 Slow Wind Street
Las Vegas, NV 89134


Leslie Clark, c/o Silver Slipper Casino
PO Box 3270
Bay Saint Louis, MS 39521


Libra Securities
11766 Wilshire Blvd., #870
Los Angeles, CA 90025


Loren Ostrow
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Loren S. Ostrow Living Trust
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Loren S. Ostrow Management
150 Los Robles Ave., #665
Pasadena, CA 91101


LSN Nevada Trust
3316 Chesterbrook Court
Las Vegas, NV 89135


Lynita Nelson
3316 Chesterbrook Court
Las Vegas, NV 89135

Mary Lehman, Esq.
941 Orange Ave., #531
Coronado, CA 92118


Michael Branch
655 W. Broadway, #1400
San Diego, CA 92101


Michael L. Coster
4143 Via Marina, #1017
Marina Del Rey, CA 90292


Michelle Rebecca Alanis Trust utd 1/1/19
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Mike Cure
5200 Shipyard
Lakeshore, MS 39558


Morrish Community Property Trust utd 4/1
1709 Milan Avenue
South Pasadena, CA 91030


Nevada Departmetn of Taxation, Bankruptc
555 E. Washington Ave., #1300
Las Vegas, NV 89101


Nola Harbor
2840 S. Pioneer
Las Vegas, NV 89117


Office of the Clerk James R. Browning
PO Box 193939
San Francisco, CA 94119

Ostrow Family Investments, LLC
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Paul Nelson
9123 Silverlake Drive
Pleasant Grove, UT 84062


Paul R. Alanis
150 Los Robles Ave., #665
Pasadena, CA 91101


Paul R. Alanis Management
150 Los Robles Avenue, #665
Pasadena, CA 91101


Phoenix Leisure, Inc.
c/o Gene McCarlie
7396 Live Oak Way
Pass Christian, MS 39571


Phoenix Mississippi, Inc.
c/o Gene McCarlie
7396 Live Oak Way
Pass Christian, MS 39571


Ravich Children Permanent Trust
201 Alma Real Drive
Pacific Palisades, CA 90272


Ravich Revocable Trust of 1989
201 Alma Real Drive
Pacific Palisades, CA 90272


Richard Coppersmith
25 Great Hills Farms Road
Bedford, NY 10506

Richard Delany c/o Silver Slipper Casino
PO Box 3270
Bay Saint Louis, MS 39521


Richard Welch
355 S. Grand Avenue
Los Angeles, CA 90071


Robert A. Martin
2012 Slow Wind Street
Las Vegas, NV 89134


Robert H. Lustberg
355 S. Grand Avenue
Los Angeles, CA 90071


Robert W. Stockstill
1245 La Jolla Road
Palm Springs, CA 92264


Robert W. Wright, Trustee
10609 LeConte Ave.
Los Angeles, CA 90024


Rochelle McGowan
3611 S. Lindell Road, #201
Las Vegas, NV 89103


Roger J. Lustberg
10609 LeConte Ave.
Los Angeles, CA 90024


Silver Slipper Casino Venture, LLC
150 Los Robles Avenue, #665
Pasadena, CA 91101

```
Silver Slipper Gaming, LLC
150 S. Los Robles Ave., #665
Pasadena, CA 91101


Stephen Lewis
201 Alma Real Drive
Pacific Palisades, CA 90272


Suzanna Nordberg
150 S. Los Robles Ave., #665
Pasadena, CA 91101


US District Court, Central District of C
312 North Spring Street
Los Angeles, CA 90012


W & R Investment
16130 Ventura Blvd. #320
Encino, CA 91436


W. Jonathan Finch
23841 Albers Street
Woodland Hills, CA 91367


Watkins Ludlam Winter & Stennis PA
190 E. Capital Street, Site 800
Jackson, MS 39201


William Armstrong PA
Riverhill Tower, #308
1675 Lakeland Drive
Jackson, MS 39216
```